# Third District Court of Appeal

## State of Florida

Opinion filed December 2, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-997
Lower Tribunal No. 97-21004
_____

**Kirk Douglas Billie,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christina Marie Diraimondo, Judge.

Chase Law Florida, P.A., and Brett S. Chase (Saint Petersburg), for appellant.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.